## NORWOOD v. STATE. (No. 10530.)

(Court of Criminal Appeals of Texas. Feb. 16, 1927.)

Criminal law ⟐1099(10)—Statement of facts, not signed by trial judge, could not be considered.

Statement of facts, not authenticated by signature of trial judge, could not be considered on appeal.

Appeal from District Court, Archer County; H. R. Wilson, Judge.

Sam Norwood was convicted of possessing equipment for the manufacture of intoxicating liquor, and he appeals. Affirmed.

R. S. Morrison, of Archer City, and L. C. Counts, of Olney, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for possessing equipment for the manufacture of intoxicating liquor; punishment being four years in the penitentiary. No bills of exceptions appear complaining of any proceeding during the trial.

There is upon file what purports to be a statement of facts, but it is not authenticated by the signature of the trial judge, and in this condition cannot be considered. Before observing this defect in the statement of facts, the same was examined, and, if properly authenticated, is sufficient to support the verdict.

The judgment is affirmed.